1  Christina Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  K&L GATES LLP
   10100 Santa Monica Boulevard
3  Eighth Floor
   Los Angeles, CA 90067
4  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
5
6  *[Additional counsel on signature page]*
7  *Attorneys for Plaintiff*
   *Entropic Communications, LLC*
8
                 **UNITED STATES DISTRICT COURT**
9
                 **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01048-JWH-KESx |
12 | | **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
   | Plaintiff, | |
13 | | |
   | v. | |
14 | | |
   | COMCAST CORPORATION, *et al.*, | |
15 | | |
   | Defendants. | |
16

17
18
19
20
21
22
23
24
25
26
27
28

---

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Comcast Cable Communications, LLC; Comcast Cable Communications Management, LLC; and Comcast Corporation (collectively, "Comcast") (collectively, the "Parties") hereby stipulate to the dismissal with prejudice of Entropic's claims in this action, such dismissal being pursuant to the terms of the Non-Exclusive Patent License and Settlement Agreement between the Parties dated January 26, 2026.

Dated: February 2, 2026                                Respectfully submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

James A. Shimota (*pro hac vice*)
jim.shimota@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Nicholas F. Lenning (*pro hac vice*)
nicholas.lenning@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 370-6685
Facsimile: (206) 623-7022

2

1
2

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

Dated: January 30, 2026

3

*/s/ David J. Lisson*
DAVIS POLK & WARDWELL LLP
Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
David J. Lisson (SBN 250994)
david.lisson@davispolk.com
Micah G. Block (SBN 270712)
micah.block@davispolk.com
James Y. Park (SBN 343659)
james.park@davispolk.com
900 Middlefield Road, Suite 200
Redwood City, California 94063

WINSTON & STRAWN LLP
Krishnan Padmanabhan (SBN 254220)
kpadmanabhan@winston.com
200 Park Avenue
New York, NY 10166

Saranya Raghavan
sraghavan@winston.com
Natalie R. Holden
nholden@winston.com
35 West Wacker Drive
Chicago, IL 60601

Diana Hughes Leiden (SBN 267606)
dhleiden@winston.com
333 South Grand Avenue
Los Angeles, CA 90071

*Attorneys for Defendants Comcast*
*Corporation, Comcast Cable*
*Communications, LLC, and Comcast Cable*
*Communications Management, LLC*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: February 2, 2026                    _/s/ Christina N. Goodrich_____
                                            Christina N. Goodrich